# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STACI M. COMBS, ET UX

VERSUS

PRIME INSURANCE CO., ET AL

NO.   2026 CW 0474

**JUNE 1, 2026**

---

In Re:    Prime Insurance Company, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 81082.

---

BEFORE:    **THERIOT, BALFOUR, AND HAGGERTY,**[1] **JJ.**

**WRIT DENIED.**

MRT
KEB
BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana Supreme Court.